UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BLANCHARD,<br>　　　　Plaintiff,<br>　　v.<br>LAURA GARNETTE, et al.,<br>　　　　Defendants. | Case No. 15-cv-01407-JSC<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 4 |

Petitioner, on probation and therefore in custody in the State of California, filed a habeas corpus petition pursuant to 28 U.S.C. § 2254.  On April 15, 2015, the Court issued an Order directing Petitioner to serve respondent and respondent's attorney with a copy of the Order and the petition, and requiring respondent to file within 91 days of the Order an answer showing cause why a writ of habeas corpus should not be granted. (Dkt. No. 4.)  That deadline has long since passed.  To date, there is no proof of service on the docket.  As a result, Defendant has not appeared in this action, let alone filed an answer explaining why the writ should not issue.  Given his apparent failure to serve Defendant, Plaintiff is hereby ORDERED to SHOW CAUSE by **September 16, 2015**, why his petition should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: September 2, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge