UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BLANCHARD,<br>　　　　Plaintiff,<br>　　v.<br>LAURA GARNETTE, et al.,<br>　　　　Defendants. | Case No. 15-cv-01407-JSC<br><br>**ORDER RE: OSC AND SERVICE** |

Petitioner, on probation and therefore in custody in the State of California, filed a habeas corpus petition pursuant to 28 U.S.C. § 2254 on March 26, 2015. (Dkt. No. 1.) On April 15, 2015, the Court issued an Order directing Petitioner to serve respondent and respondent's attorney with a copy of the Order and the petition, and requiring respondent to file within 91 days of the Order an answer showing cause why a writ of habeas corpus should not be granted. (Dkt. No. 4.) When that deadline had passed, the Court ordered Petitioner to show cause by September 16, 2015 why his petition should not be dismissed for failure to prosecute. (Dkt. No. 7.) In light of the Petitioner's show cause response (Dkt. No. 8), the Court VACATES its Show Cause Order and ORDERS the Clerk of Court to serve respondent and the respondent's attorney, the Attorney General of the State of California, with a copy of this Order, Docket No. 4, and the petition with all attachments, forthwith.

**IT IS SO ORDERED.**

Dated: September 17, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge\